✓ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 0 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

1  TIMOTHY COURCHAINE
United States Attorney
2  District of Arizona
W. VINNIE LICHVAR
3  Assistant United States Attorney
Arizona State Bar No. 028112
4  Two Renaissance Square
40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
Telephone: 602-514-7500
6  Email: vinnie.lichvar@usdoj.gov
Attorneys for Plaintiff
7

REDACTED FOR
PUBLIC DISCLOSURE

8              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ARIZONA
9

10   United States of America,              No.      CR-25-08186-PCT-MTL (ASB)

11                    Plaintiff,                    **I N D I C T M E N T**

12          vs.                            VIO: 18 U.S.C. §§ 1153, 113(a)(3) and 2
                                            (CIR – Assault With a Dangerous
13                                          Weapon, Aid and Abet)
     1.  Jed Casey Crooke                   Count 1
14       (Counts 1-3), and
                                            18 U.S.C. §§ 1153, 113(a)(6) and 2
15   2.  Delbert Curtis Hyden               (CIR – Assault Resulting in Serious
         (Counts 1-3),                      Bodily Injury, Aid and Abet)
16                                          Count 2
                    Defendants.
17                                          18 U.S.C. §§ 924(c)(1)(A) and 2
                                            (Use of a Firearm During a Crime of
18                                          Violence, Aid and Abet)
                                            Count 3
19

20

21   **THE GRAND JURY CHARGES:**

22                          **COUNT 1**

23        On or about September 5, 2025, in the District of Arizona, within the confines of

24   the Navajo Nation Indian Reservation, Indian Country, the defendants, JED CASEY

25   CROOKE and DELBERT CURTIS HYDEN, Indians, did intentionally and knowingly

26   assault the victim, W.M., with a dangerous weapon, that is, a firearm, with the intent to do

27   bodily harm.

28        In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

## COUNT 2

On or about September 5, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, JED CASEY CROOKE and DELBERT CURTIS HYDEN, Indians, did intentionally, knowingly, and recklessly assault the victim, W.M., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6) and 2.

## COUNT 3

On or about September 5, 2025, in the District of Arizona, the defendants, JED CASEY CROOKE and DELBERT CURTIS HYDEN, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence and did knowingly use, possess, and brandish the firearm, in furtherance of a crime of violence, that is, CIR-Assault With a Dangerous Weapon as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL

*s/*
_____
FOREPERSON OF THE GRAND JURY
Date:  October 1, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
_____
W. VINNIE LICHVAR
Assistant U.S. Attorney